JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DUSTIN JOSEPH COLLETTE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC. a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; WELLS FARGO BANK, N.A., a national banking association,<br><br>Defendant. | Case No.: 8:19-cv-01522-JVS(KES)<br><br>**ORDER OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

This Court has reviewed the Stipulation of Dismissal of Experian Information Solutions, Inc. ("Experian"). Pursuant to the joint stipulation, the Court orders as follows:

Experian is dismissed from this action with prejudice. Experian and Plaintiff will bear their own attorneys' fees and costs incurred.

**IT IS SO ORDERED**.

DATED: March 06, 2020

_____
Hon. Judge James V. Selna
United States District Court Judge